JACOB W. REED, Appellant, *v.* RAY REED, Respondent, Impleaded with Another.

*Reed* v. *Reed*, 175 App. Div. 165, affirmed.

(Argued January 20, 1919; decided February 4, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 22, 1916, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term. The action was brought by Jacob W. Reed, the plaintiff, against Ray Reed, his wife, and the Kings County Savings Institution to recover certain moneys in said savings institution in the name of the defendant, Ray Reed, and the claim was made that said moneys were the property of plaintiff. The defendant, Ray Reed, denied the ownership of the plaintiff in said moneys, and pleaded that they were her property.

*Charles E. Kelley* and *William W. Taylor* for appellant.
*William F. Hagarty* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, McLAUGHLIN and CRANE, JJ.